**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brookwood Management
   Company LLC
   8230 Pittsburgh Ave. NW
   North Canton, OH 44720

   9590 9402 7599 2098 5377 54

2. Article Number (Transfer from service label)

   7021 2720 0000 7945 3717

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brookwood    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Brookwood Mgt                    6-29

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

5:22CV886

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Clerk
United States District Court
Northern District of Ohio
Eastern Division - Akron
2 South Main Street
Akron, OH 44308