# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KATHY LAWHEAD, | ) | CASE NO: 5:22-cv-00886-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| BROOKWOOD MANAGEMENT CO., LLC, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment is GRANTED. The complaint is DISMISSED.

IT IS SO ORDERED.

March 29, 2023                       /s/ *Judge John R. Adams*
Date                                    JUDGE JOHN R. ADAMS
                                         UNITED STATES DISTRICT COURT